Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff In Pro Per



# THE UNITED STATES FEDERAL DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br>Plaintiff,<br><br>vs.<br><br>LeadExcel, Inc, a Pennsylvania corporation;<br><br>Ron Taylor, an individual and officer of LeadExcel, Inc, aka Ronnell Taylor or Ron Taylor, Jr.;<br><br>John Raymond Buchmiller, an individual and officer of Attorneys Tax Relief, LLC;<br><br>Attorneys Tax Relief, LLC, an Illinois limited liability company<br><br>Defendants. | Civil Case No. 18-cv-2845-LAB JLB<br><br>**NOTICE OF EXTRA-JUDICIAL SETTLEMENT PENDING**<br><br>District Judge: Hon. Larry A. Burns |

MAY IT PLEASE THE COURT, Plaintiff Anton Ewing, and Defendants John Raymond Buchmiller, an individual and officer of Attorneys Tax Relief, LLC; and Attorneys Tax Relief, LLC ("ATR") only, have reached a written settlement agreement. Said agreement has been signed by said parties and is confidential by its terms. A joint motion to dismiss all claims, with prejudice, pursuant to Rule 41, will be submitted as soon as the terms of the agreement are satisfied, but only as to ATR and Buchmiller. The Parties expect to file said motion within the next 4 months. Plaintiff thanks attorney Ryan VanOsdol, Esq. for his professionalism in this matter.

Dated this 17th of January, 2019

Anton Ewing, Plaintiff

_____

18-CV-2845

## PROOF OF SERVICE

I, Anton Ewing, being a United States Citizen and over the age of 18 and a party to this case, hereby declare that I have served the following documents:

Notice of Settlement

On:

Ryan VanOsdol, Esq.
216 W. Higgins Road
Park Ridge, IL 60068

I declare under penalty of perjury that the above was served as stated.

Dated: January 17, 2019

_____
Anton Ewing