# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>            Plaintiff,<br><br>v.<br><br>LEADEXCEL, INC., et al.,<br><br>            Defendants. | Case No.: 18cv2845-LAB (JLB)<br><br>**ORDER DENYING REQUEST TO LIFT STAY** |

The Court on March 26 stayed this case pending the outcome of Defendant Ron Taylor's bankruptcy. On July 10, Plaintiff filed a notice that Taylor's bankruptcy petition had been dismissed, and asked that the Court lift the stay. Then on July 15, he filed a notice mentioning that Taylor had filed a new bankruptcy petition. Plaintiff's motion to lift the stay (Docket no. 25) is **DENIED**. Plaintiff is **ORDERED** to monitor the docket in the new bankruptcy case, and to file a notice notifying the Court within **60 days of the date that case concludes**.

**IT IS SO ORDERED.**

Dated: July 17, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge