UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                       Plaintiff,<br><br>v.<br><br>LEADEXCEL, INC., et al.,<br><br>                      Defendants. | Case No.: 18cv2845-LAB (JLB)<br><br>**ORDER LIFTING STAY; AND**<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE DEFENDANTS** |

       Plaintiff has filed a notice informing the Court that Defendant Ron Taylor's bankruptcy proceedings have terminated. The stay (*see* Docket no. 22) is **ORDERED LIFTED**.

       In his notice, Plaintiff included a request for an order compelling LeadExcel to hire an attorney and to file a new answer.  To the extent he asks that the joint answer (Docket no. 20) not be treated as LeadExcel's answer, the request is **GRANTED**. As a corporation, LeadExcel cannot litigate *pro se*, but must be represented by a lawyer. *See Rowland v. Calif. Men's Colony*, 506 U.S. 194, 201–02 (1993). The Court construes the answer as being the answer of Defendant Ron Taylor (aka Ronnell Taylor) only.

      But Plaintiff's request for an order commanding LeadExcel to hire an attorney and answer is **DENIED**. First, there is no reason for the Court to order a defendant

to defend itself. In addition, as the Court's order of March 14, 2019 pointed out, the proof of service Plaintiff filed did not show that LeadExcel had been properly served.  Bearing in mind that the 90-day limit for service of process had already elapsed before the Court stayed this case, *see* Fed. R. Civ. P. 4(m), Plaintiff should either file a corrected proof of service, or should promptly have served LeadExcel and filed new and adequate proof of service.

Two other Defendants, John Raymond Buchmiller and Attorneys Tax Relief, LLC, have not appeared and no proof of service on them has been filed. No later than **November 18, 2019**, Plaintiff is **ORDERED TO SHOW CAUSE** why claims against all Defendants other than Ron Taylor should not be dismissed for failure to serve.  *See* Fed. R. Civ. P. 4(m).  He may do so either by filing proof of service, or by filing a memorandum of points and authorities not longer than five pages explaining why these claims should not be dismissed. If he fails to show cause within the time permitted, these claims will be dismissed, and only claims against Ron Taylor will remain.

**IT IS SO ORDERED**.

Dated:  October 24, 2019

Hon. Larry Alan Burns
Chief United States District Judge