Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in Pro Per

FILED
OCT 25 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br>　　　　Plaintiff,<br><br>vs.<br><br>LeadExcel, Inc, a Pennsylvania corporation;<br><br>Ron Taylor, an individual and officer of LeadExcel, Inc, aka Ronnell Taylor or Ron Taylor, Jr.;<br><br>　　　　Defendants. | Civil Case No. 18-CV-2845-LAB-JLB<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS JOHN RAYMOND BUCHMILLER AND ATTORNEYS TAX RELIEF** |

May it please the Court, Plaintiff Anton Ewing (herein "Plaintiff" or "Ewing"), hereby responds to the Honorable Chief Judge Burns OSC filed as ECF No. 31.

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE - 1

18CV2845

Defendant's John Raymond Buchmiller and Attorneys Tax Relief, LLC are hereby dismissed with prejudice pursuant to a written settlement agreement that is now completed.  Buchmiller and Attorneys Tax Relief have not filed an Answer or MSJ and therefore the dismissal is pursuant to this notice under FRCP 41(a)(1)(A)(i).

The Proof of Service signed by Process Server Julie Schneck on LeadExcel, Inc on 1/23/2019 is being corrected and will be filed forthwith.  See ECF No. 12.  Plaintiff has received a response from the process server that she is going to fix the mistake and provide an update.  If this is not received within 5 days, Plaintiff will have LeadExcel served again, but by ABC Legal.

The Court has ordered that Answer at ECF No. 20 on 3/15/2019 shall be the Answer for Defendant Taylor only.  LeadExcel has therefore not Answered.

Dated:  October 25, 2019

/S/ Anton Ewing
Anton Ewing, Plaintiff
Not an attorney

## Proof of Service

I, Anton Ewing, am over the age of 18 and a pro se party to this case. I served the attached Notice of Dismissal and Response to OSC on Defendant as follows:

My US Mail, postage pre-paid, first class to:

Ronnell Taylor
1001 Lauren Court
Jeannette, PA 15644

LeadExcel, Inc
1001 Lauren Court
Jeannette, PA 15644

The above statement if true and correct under penalty of perjury under the laws of the United States.

Dated: October 25, 2019

Anton Ewing