UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>         Plaintiff,<br><br>v.<br><br>LEADEXCEL, INC., et al.,<br><br>         Defendants. | Case No.: 18CV2845-LAB (JLB)<br><br>**ORDER DISMISSING DEFENDANTS** |

  Plaintiff Anton Ewing has filed a notice dismissing Defendants Raymond Buchmiller and Attorneys Tax Relief. Neither Defendant has answered or filed a motion for summary judgment motion. Pursuant to Fed. R. Civ. P. 41(a), claims against Defendants Raymond Buchmiller and Attorneys Tax Relief are **DISMISSED WITH PREJUDICE** and these Defendants are **DISMISSED** as parties.

  **IT IS SO ORDERED**.

Dated: November 4, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge