UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br>　　　　　　　　　　Plaintiff,<br>v.<br>LEADEXCEL, INC., et al.,<br>　　　　　　　　　　Defendants. | Case No.: 18cv2845-LAB (JLB)<br>**ORDER STAYING CASE** |

Plaintiff Anton Ewing filed a notice that Defendant Ron Taylor has filed a bankruptcy petition. Although LeadExcel does not appear to be named as a debtor, Taylor is a principal of the company, and appears to be the only person who could act on its behalf. Taylor and LeadExcel are the only two remaining Defendants in the case.

The Court has the inherent power to manage its docket, which includes the power to stay proceedings. *Good v. Prudential Ins. Co. of Am.*, 5 F. Supp. 2d 804, 806 (N.D. Cal. 1998) (citing *Landis v. Am. Water Works & Elec. Co.*, 299 U.S. 248, 254–55 (1936)). For reasons discussed in its earlier order staying the case (Docket no. 22), the Court concludes that the entire case should be stayed.

This case is **STAYED** pending the outcome of Taylor's bankruptcy proceedings. Ewing is **ORDERED** to monitor the docket in the bankruptcy case,

1

and to file a notice notifying the Court within **60 days of the date that case concludes**.

**IT IS SO ORDERED**.

Dated: December 10, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge