UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>       Plaintiff,<br><br>v.<br><br>LEADEXCEL, INC., et al.,<br><br>       Defendants. | Case No.: 18cv2845-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

  Plaintiff Anton Ewing filed a Notice of Dismissal Without Prejudice, requesting that the Court dismiss this case without prejudice. (Dkt. 70). Under Rule 41 of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal with the court. The Notice of Dismissal is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, all claims in this case are **DISMISSED WITHOUT PREJUDICE**, and the case is **DISMISSED WITHOUT PREJUDICE** in its entirety. The parties shall each bear their own expenses, costs, and attorneys' fees. The Clerk is directed to terminate this case.

  **IT IS SO ORDERED**.

Dated:  February 23, 2022

*Larry A. Burns*
_____
Hon. Larry Alan Burns
United States District Judge